UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, acting through the United States Department of Agriculture<br><br>Plaintiff<br><br>v.<br><br>ISMAEL SANTIAGO OTERO, as joint debtor and as known member of the Estate of CARMEN GONZÁLEZ PAGÁN; JOHN DOE and RICHARD ROE as unknown members of the Estate of CARMEN GONZÁLEZ PAGÁN<br><br>Defendants | CIVIL NO.<br><br>Foreclosure of Mortgage |

**COMPLAINT**

TO THE HONORABLE COURT:

COMES NOW the United States of America -acting as the United States Department of Agriculture- through the undersigned attorney, who respectfully alleges and prays as follows:

1. Jurisdiction of this action is conferred on this Court by 28 U.S.C. Section 1345.

2. Plaintiff, United States of America, is acting through the United States Department of Agriculture, which is organized and existing under the provisions of the Consolidated Farm and Farm Service Agency Act, 7 U.S.C. §1921 et seq. Plaintiff is the owner and holder of a promissory note that affects the

properties described further below.

3. Said promissory note is for the amount of $77,300.00, with 9.00% annual interest, subscribed on December 13, 1979. *See Exhibit 1 and 1-A.*

4. For the purpose of securing the payment of said promissory note, a voluntary mortgage was executed on the same date, in favor of the plaintiff, under the terms and conditions stipulated and agreed therein, through Deed No. 262 before Notary Public José I. Cabiya Ortiz. *See Exhibit 2 and 2-A.*

5. The aforementioned mortgage is duly recorded at the Property Registry of Manatí at page 22 of volume 99 of Ciales, Puerto Rico, property number 258, 16th inscription; at overleaf of page 116 of volume 96 of Ciales, Puerto Rico property number 1,202, 16th inscription and at overleaf of page 151 of volume 99 of Ciales, property number 4,735, 8th inscription. *See Exhibits 3, 4 and 5.*

6. On January 13, 1986, Carmen González Pagán and codefendant Ismael Santiago Otero acquired the properties object of this foreclosure through Deed No. 4 subscribed before Notary Public José Oscar San Miguel. Through this same deed, and through a Subrogation Agreement subscribed on the same date, Carmen González Pagán and codefendant Ismael Santiago Otero assumed the mortgage herein described. See *Exhibits 6, 6-A, 7 and 7-A.*

7. The aforementioned deed is duly recorded at the Property

Registry of Manatí at overleaf of page 23 of volume 99 of Ciales, Puerto Rico, property number 258, 17th inscription; at overleaf of page 117 of volume 96 of Ciales, Puerto Rico property number 1,202, 16th inscription and at overleaf of page 152 of volume 99 of Ciales, property number 4,735, 9th inscription. *See Exhibits 3, 4 and 5.*

8. According to the Property Registry, Carmen González Pagán and codefendant Ismael Santiago Otero appear as owners of record of the real estate properties subject of this case. Said properties are described -as they were recorded in Spanish- as follows:

> RÚSTICA: Situada en el barrio "Pozas" del término municipal de Ciales, compuesto de cincuenta cuerdas, equivalentes a diez y nueve hectáreas, sesenta y cinco áreas y veinte centiáreas de terreno, conteniendo un rancho de zinc y dos casas de maderas, techadas de zinc para agregados, y en lindes al NORTE, con el Río Bauta; al SUR, con terrenos de Juan De Jesús Rivera; al ESTE, con el Río Pellejas; y al OESTE, con José San Miguel.
>
> **PROPERTY NUMBER**: 258, recorded at page 32 of volume 6 of Ciales, Registry of the Property of Puerto Rico, section of Manatí.
>
> RÚSTICA: Situado en el Barrio Pozas del término municipal de Ciales, compuesto de veintinueve cuerdas (29.00) equivalentes a once (11) hectáreas, treinta y ocho (38) áreas y ochenta y uno (81) centiáreas de terreno, conteniendo una casa para agregados y en lindes por el NORTE, SUR, y OESTE, con la Sucesión Angel San Miguel; y al ESTE, con el Río Pellejas, a cuyo lado opuesto están terrenos de Pelegrín Pabón.
>
> **PROPERTY NUMBER**: 1,202, recorded at page 80 of volume 21 of Ciales, Registry of the Property of Puerto Rico, section of Manatí.
>
> RÚSTICA: Situada en el Barrio Pozas del término de

3

> Ciales, compuesta de sesenta cuerdas con setenta y cinco centimos de otra (60.75) igual a veintitrés (23) hectáreas, ochenta y seis (86) áreas y setenta y una (71) centiáreas de terreno, conteniendo dos casas para agregados y en lindes por el NORTE, con terrenos de la Sucesión Angel San Miguel; por el SUR, ESTE y OESTE, con Sucesión Amador Montes San Miguel.
>
> **PROPERTY NUMBER**: 4,735, recorded at page 124 of volume 83 of Ciales, Registry of the Property of Puerto Rico, section of Manatí.
>
> *See Title Searches attached as Exhibits 3, 4 and 5.*

9. Upon information and belief, CARMEN GONZÁLEZ PAGÁN passed away.

10. Upon information and belief, the only known member of the Estate of CARMEN GONZÁLEZ PAGÁN is his widow ISMAEL SANTIAGO OTERO who is codebtor of the loan obligation described in ¶ 3-6 of this complaint.

11. JOHN DOE and RICHARD ROE are included as possible unknown heirs to the Estate of CARMEN GONZÁLEZ PAGÁN.

12. Codefendants are jointly and severally responsible for all amounts owed to plaintiff, arising from the loan obligations subscribed.

13. According to *P.R. Laws Ann.*, Article 959, (Sec. 2787), defendants have 30 days to either accept or reject their participation in the Estate of CARMEN GONZÁLEZ PAGÁN to which they lawfully belong.

14. It was expressly stipulated in the note evidencing the indebtedness that default in the payment of any part of the covenant or agreement therein contained will authorize the

plaintiff, as payee of said notes, to declare due and payable the total amount of the indebtedness evidenced by said notes and proceed with the execution and/or foreclosure of the mortgages.

15. The defendants herein have failed to comply with terms of the mortgage contracts by failing to pay the installments due on all notes until the present day, and that after declaring all the indebtedness due and payable, defendants owe to the plaintiff, according to the Certification of Indebtedness included herein as *Exhibit 8*, the following amounts:

    a) On the $77,300.00 Note:
        1) The sum of $99,892.14 of principal;
        2) The sum of $180,060.82, of interest accrued as of October 1, 2020, and thereafter until its full and total payment, which interest amount increases at the daily rate of $14.3681;
        3) Plus, insurance premium, taxes, advances, late charges, costs, court costs expenses, disbursements and attorney's fees guaranteed under the mortgage obligation.

16. The indebtedness evidenced by the aforementioned notes is secured by the mortgages over the properties described in this complaint.

17. Codefendant ISMAEL SANTIAGO OTERO is not presently active in

5

the military service for the United States. *See Exhibit 9.*

**VERIFICATION**

I, JACQUELINE LAZÚ LABOY, of legal age, married, executive and resident of Humacao, Puerto Rico, in my capacity as Acting Director of the Loan Resolution Task Force of the United States Department of Agriculture, San Juan, Puerto Rico, under the penalty of perjury, as permitted by Section 1746 of Title 28, United States Code, declare and certify:

1) My name and personal circumstances are stated above;

2) I subscribe this complaint as the legal and authorized representative of the plaintiff;

3) Plaintiff has a legitimate cause of action against the defendants above named which warrants the granting of relief requested in said complaint;

4) Defendants are a necessary and legitimate party to this action in view of the fact that they originated or assumed the mortgage obligations subject of this foreclosure, or bought the property subject to said mortgages;

5) From the information available to me and based upon the documents in the Farm Service Agency, it appears that defendants have not been declared incompetent by a court of justice with authority to make such a declaration;

6) I have carefully read the allegations contained in this complaint and they are true and correct to the best of my knowledge and to the documents contained in the files of the Farm Service

Agency;

7) I have carefully examined the Exhibits included to this complaint which are true and correct copies of the originals. The mortgage deeds have been duly recorded in the Property Registry.

I make the foregoing declaration under penalty of perjury, as permitted under Section 1746 of Title 28, United States Code.

In San Juan, Puerto Rico, this 14 day of April, 2020.



JACQUELINE LAZÚ LABOY

PRAYER

WHEREFORE, the plaintiff demands judgment as follows:

a) That defendant's party pays unto the United States the amounts claimed on this complaint;

b) Or in default thereof that all legal right, title and interest which the defendants may have in the property described in this complaint and any building or improvement thereon be sold at public auction and that the monies due to the United States as alleged in the preceding paragraphs be paid out of the proceeds of said sale;

c) That the defendants and all persons claiming or who may claim by, from or under them be absolutely barred and foreclosed from all rights and equity of redemption in and to said property;

d) That if the proceeds of such sale be insufficient to cover the amounts specified under paragraph 13 of this prayer, said

defendant be adjudged to pay to the United States the total amount of money remaining unsatisfied to said paragraph (a) of this prayer, and execution be issued forthwith against said defendants for the payment of said deficiencies against any of the properties of said defendants;

e) That if the proceeds of said sale exceed the sum of money to be paid to the United States as aforesaid, any such excess be deposited with the Clerk of this Court subject to further orders from the Court;

f) That once the property is auctioned and sold, the Clerk of this Court issue a writ addressed to the Registry of the Property ordering the cancellation of the foreclosed mortgage and of any other junior liens recorded therein;

g) For such further relief as in accordance with law and equity may be proper.

In Guaynabo, Puerto Rico, this __13th__ day of October 2020.

/s/ Juan Carlos Fortuño Fas
JUAN CARLOS FORTUÑO FAS
USDCPR 211913
FORTUÑO & FORTUÑO FAS, C.S.P.
P.O. BOX 9300
SAN JUAN, PR 00908
TEL. 787-751-5290
FAX. 787-751-6155
EMAIL: dcfilings@fortuno-law.com

1521.253